IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD FOUNTAIN,** : | | |
|         **Plaintiff,** : | | |
| v. : | | **Civil Action** |
| : | | **No. 20-4960** |
| : | | |
| **SCOTT SCHWEIZER, et al.** : | | |
|         **Defendants.** : | | |

| | | |
|---|---|---|
| **JOSEPH LAWRENCE,** : | | |
|         **Plaintiff,** : | | |
| v. : | | **Civil Action** |
| : | | **No. 21-1551** |
| : | | |
| **SCOTT SCHWEIZER, et al.** : | | |
|        **Defendants.** : | | |

**ORDER**

This 8th day of September, 2021, with the consent of the parties, it is hereby **ORDERED** that:

1) The above captioned cases are consolidated for all purposes, including trial;

2) The Stipulation and Agreement of Confidentiality adopted by the parties in *Fountain v. Schweizer et al* is deemed applicable to the claims brought by Plaintiff Joseph Lawrence;

3) In these consolidated actions, all defendants are dismissed with the exception of Scott Schweizer.

                                                              /s/ Gerald Austin McHugh
                                                              United States District Judge